```
_____ FILED      _____ ENTERED
_____ LOGGED     _____ RECEIVED
```

APR 3 0 2009

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

AT GREENBELT
CLERK, U.S. DISTRICT COURT
DISTRICT OF MARYLAND
BY _____ DEPUTY

| | | |
|---|---|---|
| EUGENE AGBEBAKU, etc., et al. | * | |
| Plaintiffs, | * | |
| v. | * | Civil Action No. 8:08-cv-01809-PJM |
| THE UNION LABOR LIFE INSURANCE COMPANY, | * | |
| | * | |
| Defendant. | * | |
| | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## JUDGMENT ORDER

Upon consideration of Plaintiffs' Motion for Summary Judgment [11], Defendant's Cross-Motion for Summary Judgment [16], and Defendant's Motion to Strike and for Award of Expenses [17], and for the reasons stated in open Court during the Motions Hearing held on April 13, 2009, it is this 28 day of April, 2009, by the United States District Court for the District of Maryland, ORDERED THAT:

1. Plaintiff Regina Rich, as guardian on behalf of Robert Dakota Jones, be and hereby is DISMISSED as a party plaintiff;

2. Plaintiffs' Motion for Summary Judgment be and hereby is GRANTED;

3. Plaintiffs' Request for Leave to Amend, as set forth in the Memorandum of Points and Authorities in Support of their Motion for Summary Judgment, be and hereby is DENIED;

4. Defendant's Cross-Motion for Summary Judgment be and hereby is DENIED;

5. Defendant's Motion to Strike and for Award of Expenses be and hereby is GRANTED IN PART and DENIED IN PART;

6.Pages 512 through 514 of the "Claim File" submitted with Plaintiffs' Motion for Summary Judgment be and hereby are STRICKEN from the record;

7.The Court declares that Plaintiffs Eugene Agbebaku and Robert Dakota Jones are entitled to share equally in the accidental death benefit of $200,000 under Group Accidental Death and Dismemberment Insurance Certificate number RICR20763A issued to Reganda T. Rich under Group Accidental Death and Dismemberment Policy number MP05067; and

8.Any motion requesting the award of attorney's fees shall be filed in accordance with Local Rule 109.2.

/s/
PETER J. MESSITTE
UNITED STATES DISTRICT JUDGE