FILED: July 1, 2009

UNITED STATES COURT OF APPEALS

FOR THE FOURTH CIRCUIT

_____

No. 09-1528
(8:08-cv-01809-PJM)

_____

EUGENE AGBEBAKU, individually and as Executor on behalf of the Estate of Reganda Rich; ROBERT DAKOTA JONES,

        Plaintiffs - Appellees

and

REGINA RICH, as guardian on behalf of Robert Dakota Jones, a minor,

        Plaintiff

v.

THE UNION LABOR LIFE INSURANCE COMPANY,

        Defendant - Appellant

_____

RULE 42(b) MANDATE
_____

This Court's order dismissing this appeal pursuant to Rule 42(b) of the Federal Rules of Appellate Procedure takes effect today.

This constitutes the formal mandate of this Court issued pursuant to Rule 41(a) of the Federal Rules of Appellate Procedure.

                                                 /s/Patricia S. Connor, Clerk